IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 20-51930 |
| | ) | CHAPTER 7 |
| ZACHARY ROBERT FRIESS | ) | JUDGE KOSCHIK |
| TIFFANY N. FRIESS | ) | |
| | ) | |
| Debtors | ) | |

**MOTION & NOTICE TO CONVERT TO PROCEEDINGS
UNDER CHAPTER 13 OF TITLE 11**

Now come the Debtors, Zachary Robert Friess I and Tiffany N. Friess, by and through counsel, and pursuant to 11 U.S.C. § 706(a) and Rules 1017, 2002 and 9013 of the Federal Rules of Bankruptcy Procedure, hereby move this Court to convert these proceedings to a proceeding under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

The Debtors state that pursuant to Section 706(a) of the Bankruptcy Code, the Debtors may convert a case under this chapter to a case under chapter 13 of this Title 11 at any time. The Debtors' case has not been previously converted under 11 U.S.C. §706, 1112, or 1307. Further, upon information and belief, the Debtors are eligible to be debtors under chapter 13 of Title 11.

It is hereby requested that the Court issue an Order converting this case to a Chapter 13 and that the matter proceed under the provisions of Chapter 13 of the Bankruptcy Code; without a hearing pursuant to Local Bankruptcy Rule 9013-1, unless a Response is filed or a hearing is requested within twenty-one (21) days after service of this Motion and for such other further relief as is just and equitable.

Respectfully submitted,

/s/ STEVEN J. HEIMBERGER
STEVEN J. HEIMBERGER
Registration No. 0084618
50 South Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000
(330) 434-9220 (fax)
sheimberger@rlbllp.com

1

# NOTICE OF MOTION FOR CONVERSION FROM A CHAPTER 7 TO A CHAPTER 13

The debtors have filed papers with the court seeking a conversion to a chapter 13, a copy of which is attached.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**Parties in interest shall take notice that any party wishing to object to said motion have twenty-one (21) days, or such other time fixed by the Federal Rules of Bankruptcy Procedure or statute or as the Court may order, after service is filed and serve a response or request for hearing.  If no response or request for hearing is timely filed with the Court and served upon counsel for the movant, the Court may grant the relief requested in the motion without a hearing.**

If you do not want the court to approve the Motion without holding a hearing, or if you want the court to consider you views on the Motion, then on or before **February 5, 2020,** you or your attorney must:

**File with the court a written objection or response to:**

**Clerk, United States Bankruptcy Court**
**2 South Main Street**
**Akron, OH 44308**

If you mail your Objection to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

Steven J. Heimberger, Esq.
50 South Main Street, 10th Floor
Akron, Ohio 44308

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without holding a hearing.**

Date: January 15, 2020    Signature:/s/ STEVEN J. HEIMBERGER
                                                     Name:    Steven J. Heimberger, Esq.
                                                     Attorney for the Debtors

# CERTIFICATE OF SERVICE

   I hereby certify that on this 15th day of January, 2021, a copy of the foregoing motion and notice was electronically served through the Court's ECF system to the following:

- Patti H. Bass   ecf@bass-associates.com
- Harold A. Corzin   hcorzin@csu-law.com, ccorzin@aol.com;oh32@ecfcbis.com
- Steven Heimberger   sheimberger@rlbllp.com, 1627@notices.nextchapterbk.com
- United States Trustee   (Registered address)@usdoj.gov

And via regular mail to all parties listed on the attached Creditor Matrix.

             /s/ STEVEN J. HEIMBERGER
             STEVEN J. HEIMBERGER

AvanteUSA Ltd.
3600 South Gessner
Houston, TX 77063-5357

Collins Asset Group LLC.
Bass & Associates, PC
3936 E. Fort Lowell Road Suite 200
Tucson, AZ 85712-1083

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Capital One
Po Box 30281
Salt Lake City, UT 84130-0281

AFS/AmeriFinancial Solutions, LLC.
Attn: Bankruptcy
Po Box 65018
Baltimore, MD 21264-5018

AFS/AmeriFinancial Solutions, LLC.
Po Box 65018
Baltimore, MD 21264-5018

Capital One Auto Finance, a division of Capi
PO Box 60511
City Of Industry, CA 91716-0511

AvanteUSA Ltd.
Attn: Bankruptcy
3600 South Gessner Road Ste 225
Houston, TX 77063-5357

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497

Capital One Auto Finance
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Credit Bureau Dispute
Plano, TX 75025

Comenity/Burlington
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Citibank/The Home Depot
Citicorp Credit Srvs/Cent. Bk dept
Po Box 790034
St Louis, MO 63179-0034

Commonwealth Financial Systems
Attn: Bankruptcy
245 Main Street
Dickson City, PA 18519-1641

Collins Asset Group
5725 Highway 290 West, Suite 103
Po Box 91059
Austin, TX 78709-1059

Collins Asset Group
Po Box 163614
Austin, TX 78716-3614

(p)FIDELITY NATIONAL COLLECTIONS
885 S SAWBURG AVE SUITE 103
ALLIANCE OH 44601-5905

Comenity/Burlington
Po Box 182120
Columbus, OH 43218-2120

Commonwealth Financial Systems
245 Main Street
Scranton, PA 18519-1641

Capital One Auto Finance
AIS Portfolio Services, PL
4515 N Santa Fe Avenue Dept. APS Oklahoma
City, OK 73118-7901

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193-8873

Credit One Bank
Po Box 98872
Las Vegas, NV 89193-8872

(p)FIRST FEDERAL CREDIT CONTROL INC
24700 CHAGRIN BLVD
SUITE 205
BEACHWOOD OH 44122-5662

First PREMIER Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

| | | |
|---|---|---|
| First PREMIER Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Fisher-Titus Medical Center<br>272 Benedict Avenue<br>Norwalk, OH 44857-2374 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Mercury/FBT<br>1415 Warm Springs Rd<br>Columbus, GA 31904-8366 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 |
| Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Merrick Bank/CardWorks<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Montana Jake LLC<br>2197 S. Medina Line Road<br>Wadsworth, OH 44281-9300 |
| Paramount Recovery<br>7524 Bosque Blvd<br>Waco, TX 76712-3772 | Paramount Recovery<br>Attn: Bankruptcy<br>Po Box 23369<br>Waco, TX 76702-3369 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Pinnacle Credit Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| (p)RBC<br>PO BOX 1548<br>MANSFIELD OH 44901-1548 | Receivables Management Group<br>2901 University Av<br>Columbus, GA 31907-7606 | Receivables Management Group<br>Attn: Bankruptcy<br>2901 University Ave. Suite #29<br>Columbus, GA 31907-7601 |
| Revenue Group<br>3700 Park East Drive<br>Beachwood, OH 44122-4305 | Revenue Group<br>Attn: Bankruptcy<br>3711 Chester Ave<br>Cleveland, OH 44114-4623 | State Collection & Recovery Svc.<br>136 North Ridge Street, Suite B<br>Monroeville, OH 44847-9469 |
| Syncb/Levin Furniture<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Syncb/Levin Furniture<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/PPC<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/PPC<br>Po Box 965005<br>Orlando, FL 32896-5005 | Synchrony Bank<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank/Care Credit<br>Attn: Bankruptcy Dept<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/Care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |

| Synchrony Bank/Gap | Synchrony Bank/Gap | Vacationland Fed C U |
|---|---|---|
| Attn: Bankruptcy Dept | Po Box 965005 | 2409 E Perkins |
| Po Box 965060 | Orlando, FL 32896-5005 | Sandusky, OH 44870-5198 |
| Orlando, FL 32896-5060 | | |